# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-31694-JPC |
| | § | |
| FREDERICK T LIDDELL | § | |
| MARILYNN A LIDDELL | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 09/09/2010, in Courtroom 619, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/17/2010              By:   /s/ David P. Leibowitz
                                             (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| In re: | § | Case No. 09-31694-JPC |
|---|---|---|
| | § | |
| FREDERICK T LIDDELL | § | |
| MARILYNN A LIDDELL | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,500.67
*and approved disbursements of* $0.00
*leaving a balance on hand of[1]:* $2,500.67

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, DAVID P. LEIBOWITZ | $625.17 | $68.06 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $21,598.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.4%.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | American Airlines FCU | $5,055.72 | $423.08 |
| 2 | AAFES/MIL STAR/EXCHANGE | $2,623.54 | $219.54 |
| 3 | GE Money Bank dba HOME DESIGN-SEWING/GEMB | $4,248.24 | $355.50 |
| 4 | GE Money Bank dba HOME DSGN-FLOORCARE/GEMB | $4,155.68 | $347.75 |
| 5 | GE Money Bank dba HOME DESIGN-SEWING/GEMB | $2,013.44 | $168.49 |
| 6 | GE Money Bank dba SAM'S CLUB | $655.60 | $54.86 |
| 7 | GE Money Bank dba JCPENNEY REWARDS MASTERCARD | $747.29 | $62.53 |
| 8 | GE Money Bank dba DILLARD'S | $642.38 | $53.76 |
| 9 | GE Money Bank dba PAYPAL | $1,457.08 | $121.93 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (9/1/2009)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez               Page 1 of 2                   Date Rcvd: Aug 19, 2010
Case: 09-31694                Form ID: pdf006             Total Noticed: 44

The following entities were noticed by first class mail on Aug 21, 2010.
db/jdb      +Frederick T Liddell,    Marilynn A Liddell,    26 Graymoor,    Olympia Fields, IL 60461-1212
aty          Carrie A Zuniga,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
aty         +David P Leibowitz,    Leibowitz Law Center,    420 W Clayton St,    Waukegan, IL 60085-4216
aty         +Jason R Allen,    Legal Helpers,    233 S. Wacker Dr.,    Suite 5150,    Chicago, IL 60606-6371
aty         +Jonathan T Brand,    Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
tr          +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
15115030    +AAFES/MIL STAR/EXCHANGE,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas,Tx 75374-0933
14374463     American Airlines FCU,    MD2100 PO Box 619001,    DFW Airport, TX 75261-9001
14374464    +Carte Blanch,    Po Box 20524,    Kansas City, MO 64195-0524
14374465    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
14374466     Citi Mortgage Inc,    Attention: Bankruptcy Department,    Po Box 79022, Ms322,
              St. Louis, MO 63179
14374467    +Comm Amer Cu,    9777 Ridge Dr,    Lenexa, KS 66219-9746
14374468    +Communityamerica Cu,    9777 Ridge Dr,    Lenexa, KS 66219-9746
14374469    +Corporate America Fcu,    2075 Big Timber Rd,    Elgin, IL 60123-1140
14374470    +Dell Financial Services,    Attn: Bankruptcy Dept.,    12234 North Ih 35,    Austin, TX 78753-1724
14374471    +Direct Merchants Bank,    Card Member Services - GSC,    Po Box 5246,    Carol Stream, IL 60197-5246
14374472    +Exe Fin Con,    310 Armour Rd,    Nkc, MO 64116-3506
14374473    +Fashion Bug/soanb,    Attn: Bankruptcy,    6356 Corley Rd,    Norcross, GA 30071-1704
15183535    +GE Money Bank dba HOME DSGN-FLOORCARE/GEMB,    Care of Recovery Management Systems Corp,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15312447    +GE Money Bank dba PAYPAL,    Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,
              Miami FL 33131-1605
14374480    +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14374481    +Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
14374482    +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
14374483    +Hsbc/rs,    90 Christiana Rd,    New Castle, DE 19720-3118
14374485    +Lane Bryant,    Po Box 182125,    Columbus, OH 43218-2125
14374486    +Lane Bryant Retail/soa,    450 Winks Ln,    Bensalem, PA 19020-5932
14374487    +Mil Star,    Attention: Bankruptcy,    Po Box 650062,    Dallas, TX 75265-0062
14374488    +Nationwide Recovery Sy,    3000 Kellway Dr,    Carrollton, TX 75006-3305
14374491    +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
14374492   ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
             (address filed with court: Von Maur,     Attn: Credit Dept,    6565 Brady,    Davenport, IA 52806)
14374493    +Washington Mutual Mortgage,    Attention: Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
              Jacksonville, FL 32256-6851

The following entities were noticed by electronic transmission on Aug 19, 2010.
15312446    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43    GE Money Bank dba DILLARD'S,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15183520    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43
              GE Money Bank dba HOME DESIGN-SEWING/GEMB,    Care of Recovery Management Systems Corp,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15312445    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 01:44:25
              GE Money Bank dba JCPENNEY REWARDS MASTERCARD,    Care of Recovery Management Systems Corp,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15312444    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 01:59:27    GE Money Bank dba SAM'S CLUB,
              Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14374474    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43    GE Mongram Bank / JC Penney Dc,
              Attn: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14374475    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43    GEMB / Dillards,
              Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14374476    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43    Gemb/home Design,    Po Box 981439,
              El Paso, TX 79998-1439
14374477    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43    Gemb/howards,
              Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14374478    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43    Gemb/jcp,    Attention: Bankruptcy,
              Po Box 103106,    Roswell, GA 30076-9106
14374479    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 00:21:43    Gembppbycr,    Attention: Bankruptcy,
              Po Box 103106,    Roswell, GA 30076-9106
14374484    +E-mail/PDF: cr-bankruptcy@kohls.com Aug 20 2010 00:18:12    Kohls,    Attn: Recovery,
              Po Box 3120,    Milwaukee, WI 53201-3120
14374489    +E-mail/Text: bankrup@nicor.com                               Nicor Gas,
              Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
14374490    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2010 01:44:25    Sams Club,
              Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: bchavez            Page 2 of 2            Date Rcvd: Aug 19, 2010
Case: 09-31694                Form ID: pdf006          Total Noticed: 44

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2010**                           **Signature:**        *Joseph Speetjens*