UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-31694-JPC |
| | § | |
| FREDERICK T LIDDELL | § | |
| MARILYNN A LIDDELL | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $235,850.00 | Assets Exempt: | $24,800.00 |
| Total Distributions to Claimants: | $1,807.69 | Claims Discharged Without Payment: | $41,229.28 |
| Total Expenses of Administration: | $693.23 | | |

3) Total gross receipts of $2,500.92 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,500.92 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $233,964.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $693.23 | $693.23 | $693.23 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $36,528.00 | $21,598.97 | $21,598.97 | $1,807.69 |
| **Total Disbursements** | $270,492.00 | $22,292.20 | $22,292.20 | $2,500.92 |

4). This case was originally filed under chapter 7 on 08/28/2009. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2010            By:   /s/ David P. Leibowitz
                                         Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2004 Volvo XC90 Value per KBB 78,000 miles | 1129-000 | $2,500.00 |
| Interest Earned | 1270-000 | $0.92 |
| **TOTAL GROSS RECEIPTS** | | **$2,500.92** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage Inc | 4110-000 | $233,964.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$233,964.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $625.17 | $625.17 | $625.17 |
| DAVID P. LEIBOWITZ, Trustee | 2200-000 | NA | $68.06 | $68.06 | $68.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$693.23** | **$693.23** | **$693.23** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | GE Money Bank dba PAYPAL | 7100-000 | NA | $1,457.08 | $1,457.08 | $121.95 |
| | AAFES/MIL STAR/EXCHAN | 7100-000 | $2,646.00 | $2,623.54 | $2,623.54 | $219.57 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| GE American Airlines FCU | 7100-000 | $4,823.00 | $5,055.72 | $5,055.72 | $423.14 |
| Carte Blanch | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| Comm Amer Cu | 7100-000 | $0.00 | NA | NA | $0.00 |
| Communityamerica Cu | 7100-000 | $0.00 | NA | NA | $0.00 |
| Communityamerica Cu | 7100-000 | $0.00 | NA | NA | $0.00 |
| Communityamerica Cu | 7100-000 | $0.00 | NA | NA | $0.00 |
| Communityamerica Cu | 7100-000 | $0.00 | NA | NA | $0.00 |
| Communityamerica Cu | 7100-000 | $0.00 | NA | NA | $0.00 |
| Corporate America Fcu | 7100-000 | $726.00 | NA | NA | $0.00 |
| Dell Financial Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| Direct Merchants Bank | 7100-000 | $1,574.00 | NA | NA | $0.00 |
| Exe Fin Con | 7100-000 | $0.00 | NA | NA | $0.00 |
| Fashion Bug/soanb | 7100-000 | $121.00 | NA | NA | $0.00 |
| GE Money Bank dba DILLARD'S | 7100-000 | $540.00 | $642.38 | $642.38 | $53.76 |
| GE Money Bank dba HOME DESIGN-SEWING/GEMB | 7100-000 | $3,969.00 | $4,248.24 | $4,248.24 | $355.55 |
| GE Money Bank dba HOME DESIGN-SEWING/GEMB | 7100-000 | $0.00 | $2,013.44 | $2,013.44 | $168.51 |
| GE Money Bank dba HOME DSGN-FLOORCARE/GEMB | 7100-000 | $1,904.00 | $4,155.68 | $4,155.68 | $347.80 |
| GE Money Bank dba JCPENNEY REWARDS MASTERCARD | 7100-000 | $659.00 | $747.29 | $747.29 | $62.54 |
| GE Money Bank dba SAM'S CLUB | 7100-000 | $549.00 | $655.60 | $655.60 | $54.87 |
| GEMB / Dillards | 7100-000 | $0.00 | NA | NA | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| GEMB / Dillards | 7100-000 | $0.00 | NA | NA | $0.00 |
| GEMB / Dillards | 7100-000 | $0.00 | NA | NA | $0.00 |
| GEMB / Dillards | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/howards | 7100-000 | $3,907.00 | NA | NA | $0.00 |
| Gemb/jcp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gemb/jcp | 7100-000 | $0.00 | NA | NA | $0.00 |
| Gembppbycr | 7100-000 | $1,330.00 | NA | NA | $0.00 |
| Hsbc Bank | 7100-000 | $13,024.00 | NA | NA | $0.00 |
| Hsbc Best Buy | 7100-000 | $0.00 | NA | NA | $0.00 |
| Hsbc/carsn | 7100-000 | $264.00 | NA | NA | $0.00 |
| Hsbc/rs | 7100-000 | $0.00 | NA | NA | $0.00 |
| Kohls | 7100-000 | $0.00 | NA | NA | $0.00 |
| Lane Bryant | 7100-000 | $0.00 | NA | NA | $0.00 |
| Lane Bryant Retail/soa | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nationwide Recovery Sy | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nicor Gas | 7100-000 | $492.00 | NA | NA | $0.00 |
| Sears/cbsd | 7100-000 | $0.00 | NA | NA | $0.00 |
| Sears/cbsd | 7100-000 | $0.00 | NA | NA | $0.00 |
| Von Maur | 7100-000 | $0.00 | NA | NA | $0.00 |
| Washington Mutual Mortgage | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $36,528.00 | $21,598.97 | $21,598.97 | $1,807.69 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 09-31694-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LIDDELL, FREDERICK T AND LIDDELL, MARILYNN A | Date Filed (f) or Converted (c): | 08/28/2009 (f) |
| For the Period Ending: | 12/19/2010 | §341(a) Meeting Date: | 10/07/2009 |
| | | Claims Bar Date: | 04/09/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Real Estate located at 26 Graymoor, Olympia 6046 | $233,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Checking account with Bank of America | $550.00 | $50.00 | DA | $0.00 | FA |
| 3  Checking Account with Bank of America | $550.00 | $0.00 | DA | $0.00 | FA |
| 4  Miscellaneous used household goods | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5  Personal used clothing | $600.00 | $0.00 | DA | $0.00 | FA |
| 6  Miscellaneous costume jewelry | $0.00 | $0.00 | DA | $0.00 | FA |
| 7  Employer - Term Life Insurance - no cash surrend | $0.00 | $0.00 | DA | $0.00 | FA |
| 8  1988 Volvo Value per KBB 150,000 miles | $150.00 | $0.00 | DA | $0.00 | FA |
| 9  2004 Volvo XC90 Value per KBB 78,000 miles | $8,500.00 | $2,500.00 | | $2,500.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $0.92 | FA |

**TOTALS (Excluding unknown value)**                                **Gross Value of Remaining Assets**

                   $244,350.00         $2,550.00                            $2,500.92       $0.00

**Major Activities affecting case closing:**

collect $2500 on Volvo - else ask for Turnover.

Fully administered - wating for claims bar date to pass.
Prepare TDR

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2010 |
|---|---|
| **Current Projected Date Of Final Report (TFR):** | 12/31/2010 |

Page No: 1
Case 09-31694 Doc 37 Filed 12/19/10 Entered 12/19/10 01:51:46 Desc Main
Document Page 7 of 12
FORM 2
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 09-31694-JPC | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | LIDDELL, FREDERICK T AND LIDDELL, MARILYNN A | | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******0735 | | | **Money Market Acct #:** | ******3365 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 8/28/2009 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/19/2010 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account | Wire in from JPMorgan Chase Bank, N.A. account ********3365 | 9999-000 | $2,500.28 | | $2,500.28 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.11 | | $2,500.39 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.15 | | $2,500.54 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.11 | | $2,500.65 |
| 06/25/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $2,500.65 | $0.00 |
| | | | **TOTALS:** | | $2,500.65 | $2,500.65 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,500.28 | $2,500.65 | |
| | | | **Subtotal** | | $0.37 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.37 | $0.00 | |

| For the period of 8/28/2009 to 12/19/2010 | | For the entire history of the account between 04/06/2010 to 12/19/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.37 | Total Compensable Receipts: | $0.37 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.37 | Total Comp/Non Comp Receipts: | $0.37 |
| Total Internal/Transfer Receipts: | $2,500.28 | Total Internal/Transfer Receipts: | $2,500.28 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,500.65 | Total Internal/Transfer Disbursements: | $2,500.65 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Case 09-31694  Doc 37  Filed 12/19/10  Entered 12/19/10 01:51:46  Desc Main Document  Page 8 of 12

| | | |
|---|---|---|
| **Case No.** | 09-31694-JPC | **Trustee Name:** David Leibowitz |
| **Case Name:** | LIDDELL, FREDERICK T AND LIDDELL, MARILYNN A | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| **Primary Taxpayer ID #:** | ******0735 | **Money Market Acct #:** ******3365 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Money Market Account |
| **For Period Beginning:** | 8/28/2009 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 12/19/2010 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/07/2010 | (9) | Frederick and Marilyn Liddell | | 1129-000 | $2,500.00 | | $2,500.00 |
| 01/29/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.07 | | $2,500.07 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.09 | | $2,500.16 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.11 | | $2,500.27 |
| 04/06/2010 | | Wire out to BNYM account ********3365 | Wire out to BNYM account ********3365 | 9999-000 | ($2,500.28) | | ($0.01) |
| 04/06/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | $0.01 | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($2,500.28) | $0.00 | |
| | | | **Subtotal** | | $2,500.28 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,500.28 | $0.00 | |

| **For the period of 8/28/2009 to 12/19/2010** | | **For the entire history of the account between 01/07/2010 to 12/19/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,500.28 | Total Compensable Receipts: | $2,500.28 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.28 | Total Comp/Non Comp Receipts: | $2,500.28 |
| Total Internal/Transfer Receipts: | ($2,500.28) | Total Internal/Transfer Receipts: | ($2,500.28) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 09-31694  Doc 37  Filed 12/19/10  Entered 12/19/10 01:51:46  Desc Main
Document   Page 9 of 12

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-31694-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LIDDELL, FREDERICK T AND LIDDELL, MARILYNN A | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0735 | Checking Acct #: | ******1694 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 8/28/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2010 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/09/2010 |  | Transfer From: #******1694 |  | 9999-000 | $2,500.92 |  | $2,500.92 |
| 09/09/2010 | 2001 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 |  | $625.17 | $1,875.75 |
| 09/09/2010 | 2002 | DAVID P. LEIBOWITZ | Trustee Expenses | 2200-000 |  | $68.06 | $1,807.69 |
| 09/09/2010 | 2003 | American Airlines FCU | Claim #: 1; Amount Claimed: 5,055.72; Amount Allowed: 5,055.72; Distribution Dividend: 8.37; | 7100-000 |  | $423.14 | $1,384.55 |
| 09/09/2010 | 2004 | AAFES/MIL STAR/EXCHANGE | Claim #: 2; Amount Claimed: 2,623.54; Amount Allowed: 2,623.54; Distribution Dividend: 8.37; | 7100-000 |  | $219.57 | $1,164.98 |
| 09/09/2010 | 2005 | GE Money Bank dba HOME | Claim #: 3; Amount Claimed: 4,248.24; Amount Allowed: 4,248.24; Distribution Dividend: 8.37; | 7100-000 |  | $355.55 | $809.43 |
| 09/09/2010 | 2006 | GE Money Bank dba HOME | Claim #: 4; Amount Claimed: 4,155.68; Amount Allowed: 4,155.68; Distribution Dividend: 8.37; | 7100-000 |  | $347.80 | $461.63 |
| 09/09/2010 | 2007 | GE Money Bank dba HOME | Claim #: 5; Amount Claimed: 2,013.44; Amount Allowed: 2,013.44; Distribution Dividend: 8.37; | 7100-000 |  | $168.51 | $293.12 |
| 09/09/2010 | 2008 | GE Money Bank dba SAM'S CLUB | Claim #: 6; Amount Claimed: 655.60; Amount Allowed: 655.60; Distribution Dividend: 8.37; | 7100-000 |  | $54.87 | $238.25 |
| 09/09/2010 | 2009 | GE Money Bank dba JCPENNEY REWARDS | Claim #: 7; Amount Claimed: 747.29; Amount Allowed: 747.29; Distribution Dividend: 8.37; | 7100-000 |  | $62.54 | $175.71 |
| 09/09/2010 | 2010 | GE Money Bank dba DILLARD'S | Claim #: 8; Amount Claimed: 642.38; Amount Allowed: 642.38; Distribution Dividend: 8.37; | 7100-000 |  | $53.76 | $121.95 |
| 09/09/2010 | 2011 | GE Money Bank dba PAYPAL | Claim #: 9; Amount Claimed: 1,457.08; Amount Allowed: 1,457.08; Distribution Dividend: 8.37; | 7100-000 |  | $121.95 | $0.00 |

**SUBTOTALS** $2,500.92 $2,500.92

Case 09-31694   Doc 37   Filed 12/19/10   Entered 12/19/10 01:51:46   Desc Main
         Document      Page 10 of 12

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 09-31694-JPC | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | LIDDELL, FREDERICK T AND LIDDELL, MARILYNN A | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******0735 | | **Checking Acct #:** | ******1694 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 8/28/2009 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 12/19/2010 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $2,500.92 | $2,500.92 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $2,500.92 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $2,500.92 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $2,500.92 | |

**For the period of  8/28/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,500.92 |
| | |
| Total Compensable Disbursements: | $2,500.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.92 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/09/2010 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $2,500.92 |
| | |
| Total Compensable Disbursements: | $2,500.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.92 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-31694-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | LIDDELL, FREDERICK T AND LIDDELL, MARILYNN A | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0735 | Money Market Acct #: | ******1694 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 8/28/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/25/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $2,500.65 | | $2,500.65 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.02 | | $2,500.67 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.11 | | $2,500.78 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.11 | | $2,500.89 |
| 09/09/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 9/9/2010 | 1270-000 | $0.03 | | $2,500.92 |
| 09/09/2010 | | Transfer To: #******1694 | | 9999-000 | | $2,500.92 | $0.00 |
| | | | **TOTALS:** | | $2,500.92 | $2,500.92 | $0.00 |
| | | | Less: Bank transfers/CDs | | $2,500.65 | $2,500.92 | |
| | | | Subtotal | | $0.27 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.27 | $0.00 | |

**For the period of 8/28/2009 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.27 |
| Total Internal/Transfer Receipts: | $2,500.65 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,500.92 |

**For the entire history of the account between 06/25/2010 to 12/19/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.27 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.27 |
| Total Internal/Transfer Receipts: | $2,500.65 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $2,500.92 |

| Case No. | 09-31694-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | LIDDELL, FREDERICK T AND LIDDELL, MARILYNN A | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0735 | | Money Market Acct #: | ******1694 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 8/28/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/19/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,500.92 | $2,500.92 | $0.00 |

**For the period of 8/28/2009 to 12/19/2010**

| | |
|---|---:|
| Total Compensable Receipts: | $2,500.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.92 |
| Total Internal/Transfer Receipts: | $5,001.57 |
| | |
| Total Compensable Disbursements: | $2,500.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.92 |
| Total Internal/Transfer Disbursements: | $5,001.57 |

**For the entire history of the case between 08/28/2009 to 12/19/2010**

| | |
|---|---:|
| Total Compensable Receipts: | $2,500.92 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.92 |
| Total Internal/Transfer Receipts: | $5,001.57 |
| | |
| Total Compensable Disbursements: | $2,500.92 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.92 |
| Total Internal/Transfer Disbursements: | $5,001.57 |